# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1815

_____

Jimmie Bynum,      *
    *
         Appellant,      *
    *    Appeal from the United States
         v.      *    District Court for the Western
    *    District of Arkansas.
Georgia Pacific Corporation,      *      [UNPUBLISHED]
Plywood Division,      *
    *
         Appellee.      *

_____

Submitted:  September 7, 2001

Filed:  September 21, 2001

_____

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Jimmie Bynum appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action.  After de novo review of the record and careful consideration of the parties' briefs, we conclude that the district court properly

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

granted summary judgment to appellee.  See Rose-Maston v. NME Hosps., Inc., 133 F.3d 1104, 1107 (8th Cir. 1998) (summary judgment standard of review).

The judgment is affirmed.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.